[Coös, June, 1882.]

### THOMPSON v. MILAN STEAM MILL CO.

ASSUMPSIT, for logs.

*A. S. Twitchell*, *Ladd & Fletcher*, *Benton & Hutchins*, and *Bingham & Aldrich*, for the plaintiff.

*Ray*, *Drew & Jordan*, for the defendants.

DOE, C. J. At the November term, 1874, the case was committed to a referee on the defendants' motion. The question of the plaintiff's assent is one of fact, to be determined at the trial term. *Boyd* v. *Webster*, 58 N. H. 336, 337.

*Case discharged.*

STANLEY and ALLEN, JJ., did not sit: the others concurred.

---

[Rockingham, December, 1882.]

### DODGE, *Ap't*, v. STICKNEY, *Ex'r.*

PROBATE APPEAL. Reported 60 N. H. 461. Facts found by a referee.

*W. J. Copeland*, *W. L. Foster*, and *T. J. Smith*, for the plaintiff.

*J. F. Wiggin* and *J. S. H. Frink*, for the defendant.

DOE, C. J. On the facts found by the referee, no reason of appeal is sustained.

*Appeal dismissed.*

All concurred.